IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DEBORAH STOCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:04CV173 |
| ) | |
| CLONINGER FORD, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

BEATY, District Judge.

Based on the Findings of Fact and Conclusions of Law filed contemporaneously herewith, and as determined based on the evidence presented during the bench trial in this matter, IT IS ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of Plaintiff, and Defendant is ordered to pay Plaintiff the sum total of her medical benefits, $13,879.01, plus interest at the rate of 8 percent from and after January 1, 2003, until paid. Additionally, the costs of this action will be taxed against Defendant, including an award of attorney's fees to Plaintiff's attorney. In this regard, it is further ordered that Plaintiff should submit an affidavit to the Court within ten (10) days of the date of this Judgment in order for the Court to determine an award of costs and attorney's fees.

This, the 1st day of May, 2006.

_____
United States District Judge